**In re Paul L. HICKMAN and James J. Gough.**

No. 2008–1437.

United States Court of Appeals, Federal Circuit.

April 3, 2009.

Glenn E. Von Tersch, Technology & Intellectual Property Strategies Group PC, of Palo Alto, CA, argued for appellants.

Nathan K. Kelley, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for the Director of the United States Patent and Trademark Office. With him on the brief were Raymond T. Chen, Solicitor, and Shannon M. Hansen, Associate Solicitor.

MAYER, PLAGER, and BRYSON, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.